## STATE of Maine

### v.

### Bernard O. WOODS, Jr.

Supreme Judicial Court of Maine.

Dec. 12, 1977.

Henry N. Berry, III, Dist. Atty., Peter G. Ballou, Deputy Dist. Atty., Richard J. Kelly, Asst. Dist. Atty., Stephen Moriarty (orally), Law Student, Portland, for plaintiff.

Anthony & Howison by Cushman Anthony (orally), Portland, for defendant.

Before McKUSICK, C. J., and POMEROY, WERNICK, ARCHIBALD, GODFREY and NICHOLS, JJ.

MEMORANDUM DECISION.

The evidence was sufficient to support the conviction for the crime of burglary (17-A M.R.S.A. § 401(1)) as charged. *State v. Bonney*, Me., 351 A.2d 107, 110 (1976).

The entry is:

*Appeal denied.*

*Judgment affirmed.*